Richard Edward Haskin (Bar No. 11592)
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
7251 W. Lake Mead Blvd, Suite 450
Las Vegas, Nevada 89128
(702) 836-9800

Attorneys for Defendant,
MANOR AT ALIANTE HOMEOWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KERN RIVER GAS TRANSMISSION COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANOR AT ALIANTE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; and a 50-FOOT-WIDE EASEMENT CROSS A PORTION OF THE SOUTH ½ OF SECTION 19, TOWNSHIP OF 19 SOUTH, RANGE 61 EAST M.D.M,<br><br>Defendants. | Case No. 2:21-cv-02193<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND** |

Plaintiff KERN RIVER GAS TRANSMISSION COMPANY ("Plaintiff"), on the one hand, and Defendant MANOR AT ALIANTE HOMEOWNERS ASSOCIATION ("Defendant"), by and through their counsel, stipulate as follows:

1. On December 14, 2021, Plaintiff filed its Complaint in the United States District Court, for the District of Nevada, Document No. 1.

2. On December 16, 2021, Plaintiff served the Complaint on Defendant.

3. The deadline to respond to the Complaint is January 5, 2022.

4. On December 23, 2021, Plaintiff filed and served its Motion for an Order of Condemnation and Immediate Occupancy, Document No. 7 (the "Motion").

5. The deadline to file an opposition to the Motion is January 13, 2022.

6. Defendant requires additional time to respond to both the Complaint and Motion

THEREFORE, pursuant to Local Rule 7-1, Plaintiff and Defendant stipulate to the continue Defendant's deadline to respond to the Complaint through January 19, 2022. The Parties further stipulate to continue the deadline to respond to the Motion to January 27, 2022.

RESPECTFULLY SUBMITTED, this 3rd day of January, 2022

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: _____
Richard E. Haskin, Esq.
Attorneys for Defendant MANOR AT ALIANTE HOMEOWERS ASSOCIATION

PARSONS BEHLE & LATIMER

By:          /s/          
John A. Snow
Zachary Shea
Attorneys for Plaintiff KERN RIVER GAS TRANSMISSION COMPANY

# ORDER

Plaintiff KERN RIVER GAS TRANSMISSION COMPANY ("Plaintiff"), on the one hand, and Defendant MANOR AT ALIANTE HOMEOWNERS ASSOCIATION ("Defendant"), by and through their counsel, have stipulated and it is ordered as follows:

1. Defendant's deadline to respond to the Complaint is January 19, 2022.

2. Defendant's deadline to respond to the Motion for an Order of Condemnation and Immediate Occupancy, Document No. 7, is January 27, 2022.

IT IS SO ORDERED:

DATED: January 3, 2022

_____
UNITED STATES MAGISTRATE JUDGE

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP