Richard Edward Haskin (Bar No. 11592)
Daniel M. Hansen (Bar No. 13886)
**GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP**
7251 W. Lake Mead Blvd, Suite 450
Las Vegas, Nevada 89128
(702) 836-9800

Attorneys for Defendant,
MANOR AT ALIANTE HOMEOWNERS ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERN RIVER GAS TRANSMISSION COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MANOR AT ALIANTE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; and a 50-FOOT-WIDE EASEMENT CROSS A PORTION OF THE SOUTH ½ OF SECTION 19, TOWNSHIP OF 19 SOUTH, RANGE 61 EAST M.D.M,<br><br>Defendants. | Case No. 2:21-cv-02193-CDS-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE OPPOSITION AND REPLY DEADLINES TO MOTION FOR SUMMARY JUDGMENT** |

**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES**

COMES NOW Defendant MANOR AT ALIANTE HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation ("Defendant" or the "Association") and Plaintiff KERN RIVER GAS TRANSMISSION COMPANY, a Delaware corporation ("Kern River" or "Plaintiff") (collectively the "Parties") by and through their undersigned counsel, and hereby stipulate and agree as follows:

That Association's deadline to file a response to the Kern River's Motion for Summary Judgment should be continued to August 24, 2022.

The deadline for the Kern River to file any reply will be August 31, 2022.

1

2769251.1

Good cause exists because the Motion for Summary Judgment because the Association requires additional time to evaluate the legal issues and respond thereto.

The continuance is only one (1) week, and no party will be prejudiced thereby.

DATED: August 16, 2022

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

By: _____
Richard E. Haskin, Esq.
Nevada State Bar # 11592
7251 W. Lake Mead Blvd. Suite 450
Las Vegas, Nevada 89128
Attorneys for Defendant MANOR AT ALIANTE HOMEOWERS ASSOCIATION

DATED: August 16, 2022

PARSONS BEHLE & LATIMER

By: /s/ John A. Snow
John A. Snow, Esq.
Nevada Bar # 4133
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
Attorneys for Plaintiff KERN RIVER GAS TRANSMISSION COMPANY

///
///
///
///
///

## ORDER

1. GOOD CAUSE APPEARING, AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED, Defendant MANOR AT ALIANTE

2769251.1

HOMEOWNERS ASSOCIATION's deadline to file a response to the Kern River's Motion for Summary Judgment should be continued to August 24, 2022.

2. The deadline for the Plaintiff KERN RIVER GAS TRANSMISSION COMPANY to file any reply will be August 31, 2022.

IT IS SO ORDERED.

DATED: August 19, 2022         By: _____
                                    UNITED STATES DISTRICT JUDGE

2769251.1